IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TOMMY RAY MOSLEY**                                                                **PLAINTIFF**
**ADC #85548**

v.                         Case No. 5:15-cv-00261 KGB/JTR

**STEVE MILLER, Law Clerk**
**Maximum Security Unit, ADC,** *et al.*                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed this date, the Court dismisses without prejudice this case; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

SO ADJUDGED this the 4th day of January, 2016.

_____
Kristine G. Baker
United States District Judge